```
          IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF KANSAS
```

**KOHLER Z. JEFFRIES,**

                Petitioner,

        v.                            CASE NO.  08-3005-SAC

**RAY ROBERTS,**
**et al.,**

                Respondents.

## O R D E R

On February 6, 2008, this court entered an Order granting petitioner the opportunity to show cause why this action should not be dismissed for failure to state a claim under 28 U.S.C. § 2241. More specifically, petitioner was directed to show cause why this action should not be dismissed because his claims involve matters of state law, which do not present a federal constitutional violation subject to review on federal habeas corpus.

The court has considered petitioner's Response (Doc. 4) in which he simply makes conclusory arguments that the actions of state prison officials and the state courts' interpretations of state law with regard to the computation of his multiple state sentences and determination of his parole eligibility date violate his federal constitutional rights to due process. The court concludes that petitioner has not stated a claim which entitles him to federal habeas corpus relief. Accordingly, for the reasons stated in the court's Order of February 6, 2008, and herein, the court concludes this action must be dismissed.

**IT IS THEREFORE ORDERED** that this action is dismissed and all relief is denied for failure to state a federal constitutional claim.

**IT IS SO ORDERED.**

Dated this 22nd day of August, 2008, at Topeka, Kansas.

s/Sam A. Crow<br>U. S. Senior District Judge